lblHeader1
- lblHeader2
- lblHeader3
- lblHeader4

SUPPLEMENT NUMBER: 2

# OFFENSE REPORT

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| DCSO12OFF003892 | 12/06/2012 01:45 AM | 110 FORGERY - IDENTITY |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| DCSO12CAD032561 | | 12/06/2012 01:10 AM to 12/06/2012 01:50 AM |

## LOCATION OF OCCURRENCE

| County | Address | Latitude | Longitude |
|---|---|---|---|
| DOUGLAS | 0000 MAXHAM RD @ THORNTON ROAD, LITHIA SPRINGS, GA 30122 | 33.78906 | -84.62258 |
| Location Category | Location Type | Location Description | Location Status | Lighting Condition |
| Vehicle | Motor Vehicle | VEHICLE | Inhabited | Night |

Weather: ☑ Clear ☐ Cloudy ☐ Fog ☐ Rain ☐ Snow ☐ Hail ☐ Other ☐ Unknown

## PERSON: COMPLAINANT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEP | | ATKINS | | | | | | | 0 | | |

| Master Name Index Number | Place of Birth | Nation | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| | | | | | 770-942-2121 |

Residence Status: Within jurisdiction
Vehicle on Report Associated with Person:
☐ Arrested   ☐ Wanted

## PERSON: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHANNON | | BRADLEY | | 03/29/1979 | 33 | B | M | 5'10" | 225 | BLK | BRO |

| Master Name Index Number | Place of Birth | Nation | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|
| DCSO12MNI009896 | LIMA | UNITED STATES | | | |

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 1114 HAVEL DRIVE SW | MARIETTA | | GA | 30008 | |

Residence Status: Within state
Vehicle on Report Associated with Person:
☑ Arrested   ☐ Wanted

## BUSINESS

| Business Name | Contact (Person) | Phone Number |
|---|---|---|
| | | |
| Address | City | County | State | Zip Code |

## BUSINESS: VICTIM

| Business Name | Contact (Person) | Phone Number |
|---|---|---|
| STATE OF GEORGIA | | |

| Address | City | County | State | Zip Code |
|---|---|---|---|---|
| | DOUGLASVILLE | DOUGLAS | GA | 30134 |

## AUTOMOBILE: SUSPECT VEHICLE / USED IN CRIME

| State & License Plate Number | VIN | Year | Make | Model | Style | Color (Body) |
|---|---|---|---|---|---|---|
| GA PAG3577 | 1GCEK19JX7Z550149 | 2007 | CHEVROLET | SILVERADO | TK | BLK |

| Doors | Other Description | Value | Vehicle Linked to Person | Vehicle Linked to Business |
|---|---|---|---|---|
| | | 0 | | |

## CHARGES

| Counts | Charge Number | Charge |
|---|---|---|
| 1 | 16-9-2 | FORGERY - 2ND DEGREE |

| Charge Degree | Charge Level | General Offense Code | | |
|---|---|---|---|---|
| | FELONY | PRINCIPAL | ☐ Hate Crime | ☐ Domestic Violence |

Charge Description: FORGERY - 2ND DEGREE

## INITIAL NARRATIVE: 12/06/2012 01:58 AM

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| ID Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| 05619 | ATKINS, M | DCSO11PER000018 | ☑ | HARPER, K. | DCSO11PER000139 |

Did, with intent to defraud, knowingly possess a certain writing, to wit: a Georgia Driver's License # 253372903 with the name of Bryant Clemons on it, in such a manner that the writing as made or altered purports to have been made by another person, at another time, with different provisions and uttered or delivered such writing.

## SUPPLEMENTAL NARRATIVE: 12/06/2012 03:35 AM

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| ID Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| 05619 | ATKINS, M | DCSO11PER000018 | ☑ | HARPER, K. | DCSO11PER000139 |

On Wednesday December 5th, 2012 I, Deputy Atkins, was on duty between the hours of 1800 pm and 0600 am. I am assigned to the Patrol Division and drive a marked patrol vehicle equipped with blue lights, siren, and striped with lettering which is easily recognized as a police vehicle. My patrol vehicle is equipped with an audio and video recording system (vehicle 06).

| Agency Case Number<br>DCSO12OFF003892 | Report Date / Time<br>12/06/2012 01:45 AM | Offense Description<br>110 FORGERY - IDENTITY |
|---|---|---|
| CAD Incident Number<br>DCSO12CAD032561 | External Case Reference Number | Range of Occurrence Date/Time<br>12/06/2012 01:10 AM to 12/06/2012 01:50 AM |

I was contacted to Dep. Fowler that he was behind a vehicle that had Failed to Maintain it's lane by striking the center median at the intersection of Bankhead Highway and Thornton Road. Dep. Fowler had also ran the tag number on the vehicle, GA Tag# PAG3577, and the registered owner of the vehicle, Shannon Bradley, came back with an active warrant for Stolen Property through Cobb County Sheriff's Office.

I got behind the vehicle on Maxham Road east of Thornton Road and activated my emergency equipment. The vehicle pulled over in the middle of Maxham Road east of Thornton Road. The vehicle that stopped was a black Chevy Silverado with GA Tag# PAG3577.

I approached the vehicle on the passenger side and met with the driver, Shannon Bradley. I informed him of who I was and why I had stopped his vehicle. I asked for his Driver's License and was provided one that stated his name was in fact Shannon Bradley. At that point I asked Shannon to exit the vehicle.

While inside of the vehicle Shannon was breathing very heavily and had a nervous look on his face.

Once outside of the vehicle Shannon Bradley was placed in hand cuffs and detained for the active warrant while I waited on confirmation of the warrant. While walking back to my vehicle I asked Shannon if there was anything illegal inside of the vehicle to which he stated that there was not. When I began asking about his vehicle his demeanor changed and he appeared to be worried about something involving the vehicle. I asked for consent to search his vehicle and consent to do so was denied.

I called for Dep. Tolbert (K-9 Deputy) to come and assist me on the traffic stop. Dep. Tolbert arrived shortly after and performed a free air sniff around the vehicle with his K-9 Partner Hero. Dep. Tolbert advised me that K-9 Hero showed a positive response to the odor of narcotics on the vehicle. This gave me probable cause to search the vehicle.

Inside of the vehicle the following was located:
-    A GA Driver's License # 253372903 with the name of Bryant Clemons. The picture on this License was of Shannon Bradley. The License appeared to be fraudulent by its appearance and I had dispatch run the number numerous times and it did not come back as a valid license.
-    A Rush Visa Card with the name of Bryant Clemons and the number 4104-8911-6474-2826.
-    A HTC black Cell phone. Inside of the phone was the picture used to make the suspected fraudulent license.
At that time a charge of Forgery 2nd Degree was added to Shannon Bradley.

At the request of Shannon his sister arrived and took control of the vehicle.

Shannon Bradley was transported to the Douglas County Sheriff's Office. Once at the Sheriff's Office I removed Shannon from my patrol vehicle. Shannon was the only person that had been placed into the back of my patrol vehicle during my work period. Before he was placed into my patrol vehicle the back seat was clear of any illegal narcotics. Once Shannon was removed there was a small pile of what appeared to be Methamphetamine in the left side floor board. The suspected Methamphetamine was collected and placed into a plastic bag.

Shannon Bradley was then turned over to the Bookin Staff.

The Fraudulent License, the GA License, the Rush Visa Card, and the cell phone were entered into evidence and placed into the Evidence Locker #1. The suspected Methamphetamine was entered into evidence to be sent to the Crime Lab for identification and it was also placed into the Evidence Locker #1.

Based off of the Crime Lab's report of the suspected Methamphetamine will decide if additional charges are placed on Shannon Bradley.

A warrant for Forgery 2nd Degree was written on Shannon Bradley and it was placed into the Warrant Tray.

IRS-EMAILS-000989

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| DCSO12OFF003892 | 12/06/2012 01:45 AM | 110 FORGERY - IDENTITY |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| DCSO12CAD032561 | | 12/06/2012 01:10 AM to 12/06/2012 01:50 AM |

## ASSISTING OFFICERS

| Rank | Officer Name | ID Number | Agency |
|---|---|---|---|
| DEP | FOWLER | | DOUGLAS COUNTY SO |
| DEP | TOLBERT | | DOUGLAS COUNTY SO |

## REPORTING OFFICER / SUPERVISOR APPROVAL

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| ID Number | Rank | Name | ID Number | Rank | Name |
| 192 | DEPUTY | ATKINS, M | 129973 | SERGEANT | CARROLL, SHARON LEE |
| Signature | | | Signature | | |