IN THE SUPERIOR COURT OF FULTON COUNTY
FULTON JUDICIAL CIRCUIT
STATE OF GEORGIA

```
                              *
                              *    Search & Seizure
                              *    Warrant No. _____
                              *
                              *
```

## Affidavit by Law Enforcement Officer in Support of Search/Seizure Warrants

Personally, before the undersigned, an Officer duly authorized to administer oaths, came Investigator R. Weaver, deposed and said:

Investigator R. Weaver
Criminal Investigation
Cobb County Sheriff's Office
Marietta, Georgia 30090

I have authorized and/or assisted in the execution of more than twenty search warrants, resulting in the seizure of bank records, financial transaction records, currency, firearms, ledger books, computers, computer external hard drives, media storage devices, any electronic device that can receive/send and store data, but not limited to cell phones, IPads, IPods, tablets, etc, tax preparation programs, safes/security lock boxes and any other type of storage device used for documents and valuables, any and all storage units assigned to the unit either attached or detached, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., cars, and other documents and items related to Identity Fraud and Money Laundering.

Based on my training, experience, knowledge and participation in other financial investigations, as well as my discussions with the investigators of various law enforcement agencies, I know that persons involved in the Identify Fraud frequently place assets in names other than their own in order to avoid detection of these assets by law enforcement, assets are often secreted in order to avoid discovery by law enforcement agencies; that persons involved in the Identity Fraud/Financial Crimes often place assets in corporate entities in order to avoid detection of those assets by law enforcement; that even though these assets are in nominee names, persons involved in the Identity Fraud/Financial Crimes/Money Laundering continue to use these assets by exercising dominion and control over them; that persons involved in the Identity Fraud/Financial Crimes maintain on hand large amounts of United States currency in order to finance their ongoing operations; it is common for persons involved in the Identity Fraud/Financial Crimes/Money Laundering to secrete contraband, proceeds of their crime and records of the same in secure locations to conceal them from law enforcement officials; that

persons involved in the Identity Fraud/Financial Crimes conceal large amounts of currency and other items of value and/or proceeds of such transactions and evidence of financial transactions relating to the obtaining, transferring, secreting or spending of large sums of money made from engaging in theft by taking, theft by deception, forged checks, identity fraud, financial transaction card fraud, money laundering; that when persons involved in financial crimes, they attempt to legitimize these profits and to accomplish these goals, they often will utilize domestic banks or financial institutions with their attendant services and that persons involved in financial crimes attempt to legitimize these profits by utilizing other entities that include financial service centers, real estate firms and purported legitimate business.

This Affidavit is made in support of Search/Seizure Warrants for bank records, financial transaction records, currency, firearms, ledger books, computers, computer external hard drives, devices to access the internet, including but not limited to cable modems, broadband modems, wireless router, DSL modems or any combinations thereof, media storage devices, any electronic device that can receive/send and store data, but not limited to cell phones, IPads, IPods, tablets, etc, tax preparation programs, safes/security lock boxes and any other type of storage device used for documents and valuables, any and all storage units assigned to the unit either attached or detached, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., cars, and other documents and items related to Identity Fraud and Money Laundering and other co-conspirators have an interest, but not limited to the following:

This investigation began in February 2013 with multiple tax fraud cases in multiple counties in the Atlanta area. Through my investigation I have found over six banks accounts that were fraudulent opened using numerous victims' identifiers. The suspect, Shannon Bradley, was arrested in Douglas County for Forgery 2nd Degree. The suspect, Shannon Bradley had in his possession a forged drivers license bearing of name of Bryant Clemons. The name Bryant Clemons DBA Clemons Management was used to open the fraudulent Bank of America Account where the tax preparer's tax fee was deposited into. The money was then funneled into several different accounts. This Bank of America Account was also used when $90,000.00 was presented to Bank of America and turned into Bank of America Cashier's checks. The Bank of America Cashier's Checks were then deposited into the closing attorneys escrow account for the closing of 3325 Piedmont Road, Unit 1405, Atlanta Georgia, 303005 in the name of Exclusive Management Associates, LLC, which Shannon Bradley is listed as the Registered Agent/Manager for Exclusive Management Associates, LLC. The Bank of America Cashier's Checks had the name of Bryant Clemons on them.

From the training and experience as set forth above, I have probable cause to believe that the following is the general structure of an organized Identify Fraud/Fraudulent Tax Refunds/Money Laundering organization that is now operating in Cobb County and the Metro Atlanta Area, Georgia. The organization is implementing this system to facilitate the illegal Identity Fraud/Fraudulent Tax Refunds in violation of the Georgia Criminal code 16-9-120.

## EVIDENCE OF ILLEGAL ACTIVITIES

Defendant currently resides at 3325 Piedmont Road, Unit 1405 Atlanta Georgia, 30305. This Condo was purchased and is in the name of Exclusive Management Associates, LLC. Exclusive Management Associates, LLC was established on 8-30-2011 listing the defendant, Shannon Bradley, as the Registered Agent and Manager for Exclusive Management Associates, LLC.

Since I have probable cause to believe that the suspects are engaged in ongoing and continuing criminal activites involving Violations of the Georgia Code 16-9-120 and Georgia Code 7-1-915 (c) (2), I believe based on my investigation, experience and discussions with other experienced investigators, bank records, financial transaction records, currency, firearms, ledger books, computers external hard drives, media storage devices, any electronic device that can receive/send and store data, but not limited to cell phones, IPads, IPods, tablets, etc, tax preparation programs, safes/security lock boxes and any other type of storage device used for documents and valuables, any and all storage units assigned to the unit either attached or detached, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., cars, and other documents and items related to Identity Fraud and Money Laundering to facilitate the crime and proceeds derived there from and constituting evidence of these crimes may be now located Exclusive Management Associates, LLC, 3325 Piedmont road, Atlanta Georgia 30305.

I request that a Search and Seizure Warrant be issued for bank records, safety deposit box keys, financial transaction records, prepaid debit/visa/master cards, currency, firearms, ledger books, computers, computer external hard drives, any electronic device that can receive/send and store data, but not limited to cell phones, IPads, IPods, tablets, etc, devices to access the internet, including but not limited to cable modems, broadband modems, wireless router, DSL modems or any combinations thereof, media storage devices, safes/security lock boxes and any other type of storage device used for documents and valuables, any and all storage units assigned to the unit either attached or detached, tax preparation programs, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., and other documents and items related to Identity Fraud and Money Laundering.

I request that a Search and Seizure Warrant be issued for a 2012 Porsche Panamera Turbo 4S Silver in color, registered to a Shannon Bradley, listing an address of 3961 Floyd Rd, Apt 300235, Austell Ga. 30106, Vehicle Identification Number WP0AC2A79CL090965, located at or near 3325 Piedmont Road, Atlanta, GA. 30305, and items in the vehicle for bank records, safety deposit box keys, financial transaction records, prepaid debit/visa/master cards, currency, firearms, ledger books, computers, computer external hard drives, devices to access the internet, including but not limited to cable modems, broadband modems, wireless router, DSL modems or any combinations thereof, media storage devices, safes/security lock boxes and any other type of storage device used for documents and valuables, tax preparation programs, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., and other documents and items related to Identity Fraud and Money Laundering.

I request that a Search and Seizure Warrant be issued for a 2007 Chevrolet Silverado K150, black in color registered to a Shannon Bradley, listing an address of 3961 Floyd Rd, Apt 300235, Austell Ga. 30106, Vehicle Identification Number 1GCEK19JX7Z550149, located at or near 3325 Piedmont Road, Atlanta, GA. 30305, and items in the vehicle for bank records, safety deposit box keys, financial transaction records, prepaid debit/visa/master cards, currency, firearms, ledger books, computers, computer external hard drives, devices to access the internet, including but not limited to cable modems, broadband modems, wireless router, DSL modems or any combinations thereof, media storage devices, safes/security lock boxes and any other type of storage device used for documents and valuables, tax preparation programs, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., and other documents and items related to Identity Fraud and Money Laundering.

It is requested that the court seal this Search & Seizure Warrant due to the nature and complexity of the case and to prevent the facts of the case from becoming public so as to provide other defendants in this case the ability to hide or destroy assets and evidence.

_____
Investigator R. Weaver
Cobb County Sheriff's Office
Criminal Investigation
185 Roswell Street
Marietta, Georgia 30090


Sworn to and subscribed before me
This __21__ day of __August__, 2013.

_____
Judge
Superior Court of Fulton County

4

In the Fulton County Superior Court
State of Georgia

       *
       * **Search & Seizure**
       * **Warrant No. _____**

\

## ORDER FOR SEARCH & SEIZURE

Evidence having been presented to this Court sufficient to establish probable cause that Exclusive Management Associates, LLC, Shannon Bradley and other co-conspirators are engaged in a Identity Fraud/Financial Crimes/Money laundering enterprise and conspiracy, in violation of Georgia law, and that items and funds constituting evidence of these crimes and funds used to facilitate this enterprise and proceeds derived from this enterprise are currently located at 3325 Piedmont Road, Atlanta Georgia 30305 and the surrounding attached parking decks.

**IT IS HEREBY ORDERED that** seizure of bank records, financial transaction records, currency, firearms, ledger books, computers, computer external hard drives, media storage devices, any electronic device that can receive/send and store data, but not limited to cell phones, IPads, IPods, tablets, etc, safes/security lock boxes and any other type of storage device used for documents and valuables, tax preparation programs, other computer programs to clone/mask or disguise the users IP addresses/email accounts etc., and other documents and items related to Identity Fraud and Money Laundering. That the 2012 Porsche Panamera Turbo 4S Silver in color, Vehicle Identification Number WP0AC2A79CL0909 65 be seized as the proceeds derived from and constituting evidence of these crimes. That the 2007 Chevrolet Silverado K150, black in color registered to a Shannon Bradley, listing an address of 3961 Floyd Rd, Apt 300235, Austell Ga. 30106, Vehicle Identification Number 1GCEK19JX7Z550149 be seized as proceeds derived from and constituting evidence of these crimes. That the Condo, Unit 1405 located at 3325 Piedmont Road, located at the corner of Piedmont Road and Terminus Place, Atlanta Georgia 30305 be seized as the proceeds derived there from and constituting evidence of these crimes. Unit 1405 is on the 14th floor of the Terminus Condos of Atlanta. Unit 1405 is located to the left as you step off the elevator into the lobby of the 14th floor. Unit 1405 is located on the right in the hallway. The door to Unit 1405 is Cream in Color bearing the numbers 1405 on the door. The parking spaces assigned Unit 1405 is 123 and 124.

IT IS FURTHER ORDERED that the Terminus Condos of Atlanta, Georgia, located at 3325 Piedmont Road NE, Atlanta Georgia provide to investigators of the Cobb County Sheriff's Office or Investigators of the Cobb County District Attorney's

5

Office copies of all Tenant information, signature cards, and any and all documents pertaining to Unit 1405.

So Ordered this 21 day of August, 2013.

_____
Judge
Superior Court of Fulton County

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley
[X] OWNER  [ ] OTHER

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

EVIDENCE CONTROL NO. ___

LOCATION WHERE PROPERTY WAS OBTAINED: Living Room Closet (Top Shelf) and Kitchen Area

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E1 | 1 | Taurus box containing bullets, reloader, cleaning brush |
| E2 | 17 | Glazer .40 FMJ bullets (from Taurus box) |
| E3 | 1 | Mastercard #5216390000350805 |
| E4 | 1 | Mastercard #5216 3900 0134 9210 |
| E5 | 1 | Intellinet Router/Modem w/ switch s/n WNX52329575290143 |
| E6 | 1 | Misc papers on countertop w/ names, DOB, SSN |
| E8 | 1 | GA car title #1FMDU34X7NUD54396 |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94046
SIGNATURE: Sgt M____
BADGE NO. 94046

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-E8 | 8/21/13 | Scene | Sgt Dondelinger | Into Evidence |

Copy: Property    Yellow Copy: Releasing Officer    Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

EVIDENCE CONTROL NO. _____

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER  [ ] OTHER

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: BEDROOM 2

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E7 | 1 | NETGEAR ROUTER Model R6300  s/n 32P4297J0A61A * |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94048

SIGNATURE: SGT M____

BADGE NO. 94048

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E7 | 8/21/13 | SCENE | SGT Dondelinger | INTO EVIDENCE |

White Copy: Property    Yellow Copy: Releasing Officer    Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER  [ ] OTHER

EVIDENCE CONTROL NO. ___

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Bedroom #1 (Master Bed Room)

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E9 | 1 | TDK CDR No Label |
| E10 | 1 | Scan Disk Cruzer Facet 8 GIG |
| E11 | 1 | 1 Sea Gate Go Flex S/N NA0B59KP 1.5 TB |
| E12 | 1 | Dell Mini Laptop S/N D59JGJ1 w/ Battery |
| E13 | 1 | HP Pavilion DV6 S/N 2CE22316MD Laptop w/ Battery |
| E14 | 1 | Gateway TA1 S/N 0036368671 Laptop w/ Battery |
| E15 | 1 | Black Tissue Box S/N US100410138 w/ Hidden Camera |
| E16 | 1 | Taurus Magazine w/ 10 FMJ .40 cal Bullets |
| E17 | 1 | Box .40 S&W Ammo w/ 5 Bullets |
| E18 | 1 | Misc Papers |
| E19 | 7 | Longhorn Gift Cards |
| E20 | 1 | Bronze colored Fossil Watch |
| E21 | 1 | Blk Band/Diamond colored Face JGINO Watch |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 9404B
SIGNATURE: SGT M___
BADGE NO.: 9404B

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E9-E21 | 6/24/13 | Scene | SGT Dondelinger | Into Evidence |

White Copy: Property    Yellow Copy: Releasing Officer    Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

EVIDENCE CONTROL NO. _____

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER  [ ] OTHER

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Bedroom 1 (Master Bed Room)

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E22 | 1 | White metal bracelets w/ white stones approx. 8" length |
| E23 | 1 | White metal + white stone Necklace approx. 24" length |
| E24 | 1 | Blk metal Necklace w/ Blk metal ~~necklace~~ cross |
| E25 | 1 | Yellow color Necklace w/ yellow ring / white stones |
| E26 | 1 | Pair of white color stone earrings |
| E27 | 1 | Louis Vuitton bag 18" x 8" x 12" |
| E28 | 1 | AT&T Phone S/N 321810785604 |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Donddinger 94046

SIGNATURE: SGT M____

BADGE NO. 94046

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E22-E28 | 8/21/13 | Scene | SGT Donddinger | Into Evidence |

White Copy: Property  Yellow Copy: Releasing Officer  Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

EVIDENCE CONTROL NO. _____

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER   [ ] OTHER

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E29 | 1 | HP Laptop serial # CNF0243JQ3 |
| E30 | 1 | Briefcase - Solo Blk & Silver w/ misc. paperwork |
| E31 | 1 | Small Carry On luggage Blk w/ misc. paperwork |
| E32 | 2 | AT&T Go Phone prepaid in package |
| E33 | 1 | Misc. Paper In green plastic bag |
| E34 | 1 | Ga. Tag BTF 0655 |
| E35 | 1 | Sony Cyber-Shot DSCW570 New in box |
| E36 | 212 | The Get It Card, New In envelope In Green duffle bag |
| E37 | 1 | Personal Money Order, # 6691703817, $329.40 |
| E38 | 1 | Personal Money Order, # 6691703815, $1000.00 |
| E39 | 1 | Personal Money Order, # 6691703814, $1000.00 |
| E40 | 1 | Personal Money Order, # 6691703813, $1000.00 |
| E41 | 1 | Personal Money Order # 6691703812, $1000.00 |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94046

SIGNATURE: SGT M. ___

BADGE NO.: 94046

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E29-E41 | 8/21/13 | SCENE | SGT Dondelinger | INTO EVIDENCE |

White Copy: Property    Yellow Copy: Releasing Officer    Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

EVIDENCE CONTROL NO. ____

**Name of person from whom property was obtained:** Shannon Bradley
☒ OWNER ☐ OTHER

**Address:** 3325 Piedmont Rd #1405, Atlanta, GA 30305

**Location where property was obtained:** Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E42 | 1 | Personal Money Order, #6691703811, $1000.00 |
| E43 | 1 | Personal Money Order, #6691703810, $1000.00 |
| E44 | 1 | Personal Money Order, #6691703809, $1000.00 |
| E45 | 1 | Personal Money Order, #6691703808, $1000.00 |
| E46 | 1 | Personal Money Order, #6691703807, $1000.00 |
| E47 | 1 | Personal Money Order, #2403207, $502.19 |
| E48 | 1 | Personal Money Order, #2280580, $1000.00 |
| E49 | 1 | Personal Money Order, #2403125, $1000.00 |
| E50 | 1 | Personal Money Order, #2403126, $1000.00 |
| E51 | 1 | Personal Money Order, #2403127, $1000.00 |
| E52 | 1 | Personal Money Order, #2403128, $1000.00 |
| E53 | 1 | Personal Money Order, #2403129, $1000.00 |
| E54 | 1 | Personal Money Order, #2403130, $1000.00 |

**Name and Badge Number of Agent Obtaining Property:** SGT M.D. 94048
**Signature:** SGT M Dondelinger
**Badge No.:** 94048

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E42-E54 | 8/2/13 | SCENE | SGT Dondelinger | INTO EVIDENCE |

White Copy: Property   Yellow Copy: Releasing Officer   Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER  [ ] OTHER

EVIDENCE CONTROL NO. _____

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E55 | 1 | Spy Cobra Deluxe |
| E56 | 100 | The Get It Card unopened in envelope (in green trash bag) |
| E57 | 1 | Personal Money Order, #2403201, $1000.00 |
| E58 | 1 | Personal Money Order, #2403202, $1000.00 |
| E59 | 1 | Personal Money Order, #2403203, $1000.00 |
| E60 | 1 | Personal Money Order, #2403204, $1000.00 |
| E61 | 1 | Personal Money Order, #2403205, $1000.00 |
| E62 | 1 | Personal Money Order, #2403206, $1000.00 |
| E63 | 1 | Advent Financial check #03282255 $7936.05 |
| E64 | 1 | Advent Financial check #03282251 $7364.05 |
| E65 | 1 | Advent Financial check #03282298 $8215.05 |
| E66 | 1 | Advent Financial check #03282292 $8236.00 |
| E67 | 1 | Advent Financial check #03282290 $8093.05 |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94048
SIGNATURE: SGT M. [signature]
BADGE NO.: 94048

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E55-E67 | 8/21/13 | Scene | Sgt Dondelinger | Into Evidence |

White Copy: Property     Yellow Copy: Releasing Officer     Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

[X] OWNER  [ ] OTHER

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

EVIDENCE CONTROL NO. ___

LOCATION WHERE PROPERTY WAS OBTAINED: Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E68 | 1 | Advent Financial check # 03282289 $8893.05 |
| E69 | 1 | Advent Financial check # 03282218 $8738.00 |
| E70 | 1 | Advent Financial Check # 03282282 $7116.05 |
| E71 | 1 | Advent Financial Check # 03282288 $9991.05 |
| E72 | 1 | Advent Financial check # 02152353 $9453.05 |
| E73 | 1 | Bank of America Deposit Slip Acct # 334038765459 |
| E74 | 220 | The Get It Card, In envelope New In black milk crate |
| E75 | 1 | Bank of America Debit Card # 4744751216901182 |
| E76 | 1 | Vivitar Vivicam 9112 # E3253A01255768 |
| E77 | 1 | Vivitar Vivicam 9112 # E3253A01266123 |
| E78 | 1 | White box w/ Colon Management checkbook First Landmark Bank acct # 06112119 |
| E79 | 1 | Ga. Tag BXH4737 |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94048
SIGNATURE: SGT M [signature]
BADGE NO. 94048

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E68-E79 | 8/4/13 | SCENE | SGT Dondelinger | INTO EVIDENCE |

White Copy: Property   Yellow Copy: Releasing Officer   Pink Copy: Owner

**COBB COUNTY SHERIFF'S OFFICE**
**RECEIPT FOR PROPERTY**

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

☒ OWNER ☐ OTHER

EVIDENCE CONTROL NO. ____

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E80 | 65 | Western Union Your Card In envelope opened |
| E81 | 20 | Up 2 U Cards In envelope opened |
| E82 | 6 | Loose MasterCards Western Union |
| E83 | 1 | Stamp For deposit only Lewis Management 1866993098 Pay to the order of Wells Fargo Bank 061000227 |
| E84 | 4 | Check books Lewis Management Wells Fargo account # 1866993098 |
| E85 | 1 | Porsche key |
| E86 | | Money Straps |
| E87 | 1 | Blue Chase bag w/ One SunTrust Safe Deposit Key 1157 and 3 sets of misc keys |
| E88 | 1 | White 3 ring binder Frank Financial Tax Services 2009 Tax Paper Work |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Dondelinger 94048
SIGNATURE: SGT M. [signature] 94048

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E80-E88 | 8/21/13 | SCENE | SGT Dondelinger | Into Evidence |

White Copy: Property   Yellow Copy: Releasing Officer   Pink Copy: Owner

# COBB COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

CASE NO. 13-01119

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Shannon Bradley

☒ OWNER  ☐ OTHER

EVIDENCE CONTROL NO. _____

ADDRESS: 3325 Piedmont Rd #1405, Atlanta, GA 30305

LOCATION WHERE PROPERTY WAS OBTAINED: Storage Closet 15th Floor

| ITEM NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| E89 | 1 | Blk 3 ring zippered briefcase w/ contents in Blue milk crate |
| E90 | 1 | Misc paper in Blue milk crate |
| E91 | 1 | UPS box w/out label contains 87 enevelopes |
| E92 | 1 | UPS box with label contains 100 enevelopes |
| E93 | 1 | $140,000.00 in US currency (in Blk money bag) (14 rubberbanded bundles of $10,000.00) |

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: SGT M. Donddinger 94048

SIGNATURE: SGT M. [signature]

BADGE NO. 94048

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| E89-E93 | 8/21/13 | SCENE | SGT Donddinger | Into Evidence |

White Copy: Property    Yellow Copy: Releasing Officer    Pink Copy: Owner