IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CRIMINAL ACTION FILE |
| : | NO. 1:14-CR-00441-ELR-AJB |
| SHANNON BRADLEY,   : | |
| : | |
| Defendant.   : | |

## O R D E R

Counsel for the Government has orally moved to reschedule the evidentiary hearing, previously scheduled for May 19, 2015, on the grounds that counsel has a leave of absence from May 19, 2015 through May 21, 2015 for training. Counsel for Defendant has no objection to this continuance. It is hereby **ORDERED** that the evidentiary hearing in the above-styled case is continued until **June 16, 2015 at 1:30 p.m.,** in Courtroom 1879, 18th Floor, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

It is also **ORDERED** that the time between May 19, 2015 through June 16, 2015, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv), because the Court finds good cause to continue the evidentiary hearing and the interests of justice in continuing the hearing due to the absence of government counsel significantly outweighs the public's and Defendant's right to a speedy trial.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this 6th day of May, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE